IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIREO SYSTEMS, INC.; NE ENTERPRISES, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>GNC HOLDINGS, INC.,<br><br>　　　　　　Defendant. | **8:18CV156**<br><br>**ORDER** |

　　　　This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　　　SO ORDERED.

　　　　Dated this 10th day of April, 2018

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge